**STATE of Missouri, Respondent,**

v.

**Joanne PALMER, Appellant.**

**No. WD 54585.**

Missouri Court of Appeals,
Western District.

June 16, 1998.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Meghan J. Stephens, Asst. Atty. Gen., Jefferson City, for respondent.

Before ELLIS, P.J., and LOWENSTEIN and RIEDERER, JJ.

### ORDER

PER CURIAM:

The judgment is affirmed. Rule 30.25(b).

**Kevin BLACKSHER, Appellant,**

v.

**TRANS WORLD AIRLINES, INC., Respondent.**

**No. WD 54566.**

Missouri Court of Appeals,
Western District.

June 16, 1998.

John B. Boyd, John R. Boyd, Connaughton, Boyd & Kenter, Kansas City, for appellant.

Thomas Clinkenbeard, Evans & Dixon, Kansas City, for respondent.

Before BRECKENRIDGE, P.J., and LOWENSTEIN and SPINDEN, JJ.

### ORDER

PER CURIAM.

Kevin Blacksher appeals from the decision of the Labor and Industrial Relations Commission adopting the decision of the Administrative Law Judge which denied his claim for workers' compensation benefits because there was no causal connection between Mr. Blacksher's employment at Trans World Airlines and his injury. Because Mr. Blacksher failed to satisfy his burden of proving that there was a causal connection between the conditions of his employment and the accident, the Commission did not err in denying him workers' compensation benefits.

The judgment of the Commission is affirmed. Rule 84.16(b).